**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

BMO Bank N.A.

          Plaintiff,

v.                     Case No.: 1:25−cv−04166
                    Honorable Franklin U. Valderrama

9227−1741 Quebec Inc., et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 3, 2025:

  MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed Plaintiff's status report [11], which advises that Plaintiff's counsel received a phone call from attorney Dan Press stating that he represents Defendants and on certain matters and is seeking a Chicago−based attorney to represent Defendants in this matter, and also advising that Defendants have been served. Plaintiff attempted service through the Hague Convention procedures, and as of today Plaintiff does not have verification that service is complete. Plaintiff assumes, based on Mr. Press' phone call, that service was effectuated on the Defendants. At Mr. Press's request, Plaintiff's counsel agreed to extend the time for Defendants to appear and respond to the complaint to 7/21/2025. Accordingly, at Plaintiff's request, the Court resets the deadline for the filing of the joint initial status report to be 8/4/2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.