UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BMO BANK N.A.,

      **Plaintiff,**

v.

                                    Civil Action No.: 1:25-cv-04166

**9227-1741 QUEBEC, INC.,**
et al.,

      **Defendant.**

**DISCLOSURE STATEMENT (FRCP 7.1) AND STATEMENT OF AFFILIATES (L.R. 3.2)**

COME NOW the Defendants, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, state as follows:

1. (a) The parent corporation of Trivel, Inc., is 9543-7620 Quebec, Inc.

   (b) Defendant 9227-1741 Quebec, Inc. has no parent corporation.

   (c) No publicly held corporation owns 10% or more of the stock of either Defendant.

2. Both Defendants are corporations organized and operated under the laws of the Province of Quebec, Canada, with a principal places of business in that province.

3. (a) Trivel, Inc.'s affiliates (defined under L.R. 3.2 as "any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party") are 9543-7620 Quebec, Inc. (100% owner of Trivel, Inc.); Fiducie Fortuna, and Sebastian Daviault (together owning 100% of 9543-7620 Quebec, Inc.). For disclosure purposes, Fiducie Fortuna is a family trust with Trustees: Sylvain Richer and Olivier Lajoie, and beneficiaries: Olivier Lajoie,

Veronique Allard, Sophie Allard, Isabelle Driscoll, Claude Lajoie and Louise Girard. The undersigned does not believe that the Trustees or Beneficiaries fall within the definition, but they are presented here in the event that the undersigned's conclusion is not correct.

(b) 9227-1741 Quebec, Inc.'s only affiliate (defined as above) is Olivier Lajoie.

DATED :   **July 28, 2025**

                          Respectfully submitted,
                          **Trivel, Inc.**
                          **9227-1741 Quebec, Inc.**

                    By:  */s/ Daniel M. Press*

Daniel M. Press
VA Bar No. 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, # 200
McLean, VA 22101
Ph. # 703-734-3800
Fax # 703-734-0590
dpress@chung-press.com
       Counsel for Defendants

CERTIFICATE OF SERVICE

I, Daniel M. Press, an attorney, hereby certify that on July 28, 2025, I caused a true and complete copy of the foregoing to be electronically filed with the Court and served on the following counsel of record via Electronic Mail at the following addresses:

                          Adham Alaily, Esq.
                          Egan & Alaily LLC
                          20 S. Clark Street, Suite 2120
                          Chicago, Illinois 60603
                          (312) 253-8640
                          aalaily@ea-atty.com
                                Counsel for Plaintiff

                          */s/ Daniel M. Press*
                          Daniel M. Press