# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

BMO Bank N.A.

                            Plaintiff,

v.                                                         Case No.: 1:25−cv−04166

                                                                      Honorable Franklin U. Valderrama

9227−1741 Quebec Inc., et al.

                            Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Young B. Kim for the purpose of holding proceedings related to: Discovery Supervision (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters. (jcm). Mailed notice.

Dated: August 5, 2025

                                                                               /s/ Franklin U. Valderrama

                                                                               United States District Judge