**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: BMO Bank v. 9227-1741 QUEBEC, INC.

Case Number: 1:25-cv-04166

An appearance is hereby filed by the undersigned as attorney for:

Defendants

Attorney name (type or print): Daniel M. Press

Firm: Chung & Press, P.C.

Street address: 6718 Whittier Ave. #200

City/State/Zip: McLean VA 22101

Bar ID Number: VA Bar 37123
(See item 3 in instructions)

Telephone Number: 703-734-3800

Email Address: dpress@chung-press.com

Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you a member of the court's general bar? ☒ Yes ☐ No

Are you a member of the court's trial bar? ☒ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/6/2025

Attorney signature: S/ Daniel M. Press
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023