UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**BMO BANK N.A.,**

    **Plaintiff,**

                       Civil Action No.: 1:25-cv-04166

v.

**9227-1741 QUEBEC, INC.;**
**Trivel, Inc.;**

    **Defendants.**

## STIPULATION OF VOLUNTARY DISMISSAL

NOW COME the Parties, through counsel, and due to separate bankruptcies having been filed by the defendants in Quebec, Canada, hereby stipulate pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii) that this action be and hereby is DISMISSED WITHOUT PREJUDICE.

Dated: September 5, 2025.

Respectfully submitted and agreed to by:

| Trivel, Inc.<br>9227-1741 Quebec, Inc.<br><br>By: */s/ Daniel M. Press*<br>Daniel M. Press<br>VA Bar No. 37123<br>CHUNG & PRESS, P.C.<br>6718 Whittier Avenue, # 200<br>McLean, VA 22101<br>Ph. # 703-734-3800<br>dpress@chung-press.com<br>Counsel for Defendants | BMO Bank N.A.<br><br>By: */s/ Adham Alaily*<br>Adham Alaily<br>ARDC: 6288925<br>Egan & Alaily LLC<br>20 S. Clark Street, Suite 2120<br>Chicago, Illinois 60603<br>(312) 253-8640<br>aalaily@ea-atty.com<br>Counsel for Plaintiff |
|---|---|

<u>CERTIFICATE OF SERVICE</u>

I, Adham Alaily, an attorney, hereby certify that on September 5, 2025, I caused a true and complete copy of the foregoing to be filed and it will be served on Defendants' counsel of record via Electronic Mail.

<u>/s/ Adham Alaily</u>